```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.                      ) | Cr. No. 08-10309-MLW |
| ) | |
| MICHELLE ROBINSON,       ) | |
|     Defendant.          ) | |

ORDER

WOLF, D.J.                                          February 23, 2009

    As agreed by defendant Michelle Robinson, as a condition of her Supervised Release and pursuant to the All Writs Act, 28 U.S.C. §1651, it is hereby ORDERED that:

    1. Robinson, and anyone acting on her behalf or in concert with her shall not while Robinson is detained or on Supervised Release disclose the identity of the victim of the extortion involved in this case to anyone except her counsel, Mark Smith, Esq., and any individual necessary to assist him in representing Robinson.

    2. Mr. Smith and anyone working with him in representing Robinson to whom the victim's identity has been disclosed shall not disclose the identity of the victim to any other person. Each such person shall provide Mr. Smith an affidavit stating under oath that he or she has read this Order and acknowledges that a wilful violation of it may be deemed a criminal and/or civil contempt.

    3. Mr. Smith shall obtain from Robinson a list of every person who, to her knowledge, now knows the identity of the victim and, by February 24, 2009, file an affidavit stating that he has

received the list and the affidavit(s) required by paragraph 2 of this Order.

    4.   Any document identifying the victim submitted to any court shall be filed under seal.

    5.   Any wilful violation of this Order may be deemed a violation of the conditions of Robinson's Supervised Release and/or a criminal and/or civil contempt.

                                            /S/ MARK L. WOLF  
                                         UNITED STATES DISTRICT JUDGE