UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-10309-MLW |
| | ) | |
| MICHELLE ROBINSON | ) | |

AFFIDAVIT OF PAUL G. LEVENSON

Pursuant to the Court's Order dated February 25, 2009 (Dkt. #76), the undersigned, Paul G. Levenson, reports as follows:

1. The United States has compiled a list of attorneys, agents and other government employees who have, in the course of their duties, been informed of the identity of the victim in the above-captioned case.

2. I do not currently anticipate that additional U.S. Attorney's Office personnel will be added to the list.

3. I anticipate that there will be additional responses to an F.B.I. canvas that is intended to identify government personnel who may have been exposed to the victim's name.

4. I expect to have a complete list not later than March 6, 2009.

ATTESTATION PURSUANT TO 28 U.S.C. §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2009.          */s/ Paul G. Levenson*
                                     Paul G. Levenson
                                     Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:  March 2, 2009

                                            */s/ Paul G. Levenson*
                                            PAUL G. LEVENSON