Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Michelle Robinson                                **Case Number:** 08-10309

**Name of Sentencing Judicial Officer:** Honorable Mark L. Wolf, Chief United States District Judge

**Date of Original Sentence:** 2/20/2009

**Original Offense:** Wire Fraud, in violation of 18 U.S.C. § 1343

**Original Sentence:** Time Served (approximately 195 days), 36 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 2/25/2009

---

### NON-COMPLIANCE SUMMARY

The Probation Office wishes to notify the Court of the following information:

On 2/25/2009, Ms. Robinson was released from custody and placed on home confinement with electronic monitoring.

On 2/26/2009, at 5:25 a.m., and alert was received from the monitoring company that the EM unit assigned to her was no longer able to make contact with the monitoring company. This is usually the result of issues with the phone line or electrical service. Investigation revealed that her unit had come unplugged from the electrical outlet at 7:20 p.m. the evening prior. Contact was attempted with her at her residence at that time, and there was no answer. At 7:23 that same morning, notification was received from the monitoring company that the unit had been plugged back in and was restored to good working order. Robinson was reached at home and reported that the unit was in fact unplugged, and that she could not hear the phone ringing. She reportedly replaced the phone with a second phone that she could hear ringing.

Later in the day of 2/26/2009, a personal home visit was made to her residence and the importance of monitoring the equipment and making sure it is operational (i.e. plugged in) was reviewed with her. She reportedly understood the importance of properly maintaining all of the equipment.

On 2/28/2009, after receiving a voice mail from subject about her approved leave this date, a call was placed to her residence. The monitoring company reported her as being home at the time of the call, yet there was no answer. Multiple attempts were made in the span of approximately one hour to reach her, without success. A call to the monitoring company to ensure that she was home revealed that the unit was unplugged from the power source again. At 5:36 p.m. that night, notification was received from the monitoring company that the unit had been plugged in again. At some point after this alert, she was reached at home and explained that the unit had come unplugged again without her knowledge. She also reported that she could not hear the phone ringing and stated that she had switched the phones a second time and replaced the newer, now damaged, phone with the original phone (the one that she could not hear ringing).

Prob 12A                                          - 2 -                              **Report on Offender**
                                                                                        **Under Supervision**

These events have been continuously staffed with management, and on 3/2/2009, Robinson was directed to report to the office on 3/3/2009 for an Administrative Hearing.

On 3/3/2009, she reported to the office and her non-compliance to date was addressed with her. It is noted that she left a voice mail the previous day reporting that she would not make the meeting because she did not have money for public transportation, and had no other way to get to the office. At the hearing, Robinson was reprimanded for her failure to properly maintain the equipment thus far, and put on notice that further issues of this nature would be brought to the Court's attention. Robinson agreed again to closely monitor the equipment and to remain compliant with the term of home confinement with electronic monitoring.

Robinson financial situation was also addressed at this time. A financial analysis has not yet been conducted as she has no income from employment; however, since she receives financial assistance from her family, she was directed to document the same. According to Robinson, her family is paying her rent ($1,400 per month), and the remainder of her bills. Her boyfriend and his mother are reportedly making the car payments (approximately $600 per month), on her 2005 BMW which she wishes to drive. At this point, the Probation Office is working with the U.S. Attorney's Office and Robinson to resolve issues related to her income and assets, and will keep the Court informed about the same.

U.S. Probation Officer Action:

The Probation Office requests no judicial intervention at this time and only wishes to keep the Court appraised of significant events in this case.


Reviewed/Approved by:                                      Respectfully submitted,


/s/Joseph LaFratta                                         /s/Michelle Roberts
Supervising U.S. Probation Officer                         Sr. U.S. Probation Officer
                                                           Date: 3/16/2009


[X]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

```
If there are any further issues
concerning Robinson's compliance
with the requirement of electronic
monitoring or any other condition
of Supervised Release the court
shall be informed promptly.
```

/s/ Mark L. Wolf
_____
Signature of Judicial Officer


 3/19/2009
_____
Date