UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) CRIMINAL NO. 08-10309-MLW |
| v. | ) ) |
| MICHELLE ROBINSON | ) ) |

**NOTICE REGARDING TRANSCRIPT REDACTIONS**

The United States of America, by and through Assistant U.S. Attorney James P. Dowden, hereby reports that the government has reviewed the following transcript that was transcribed by Richard H. Romanow, Official Court Reporter:

- 2/20/2009   Transcript of Plea Change and Sentencing Hearing

The Transcript Redaction Policy requires redaction of the following personal identifiers from the transcripts made electronically available:

- Social Security numbers to the last four digits;
- Financial account numbers to the last four digits;
- Dates of birth to the year;
- Names of minor children to the initials; and
- Home addresses to the city and state.

After reviewing the above-described transcript in accord with the Court's Transcript Redaction Policy, the government has found no information that need be redacted prior to the transcript being made remotely electronically available.

                                                Respectfully submitted,

                                                Michael J. Sullivan
                                                United States Attorney

By:

                                                */s/ James P. Dowden*
                                                James P. Dowden
                                                Assistant U.S. Attorney

Dated: March 23, 2009

CERTIFICATE OF SERVICE

      I, James P. Dowden, Assistant U.S. Attorney, do hereby certify that I have, on July 28, 2008, caused a true and accurate copy of the foregoing to be served upon all counsel of record by filing the document with the Court electronically and by serving a copy of the foregoing on Defendant Edouard by hand on March 23, 2009.

                                                                          */s/ James P. Dowden*
                                                                          JAMES P. DOWDEN
                                                                          Assistant U.S. Attorney