✎AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____ **DISTRICT OF** _____ **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

**SUMMONS IN A CRIMINAL CASE**

MICHELLE ROBINSON
25 BARRY STREET #2
DORCHESTER, MA 02125

Case Number:    08-10309-MLW

   YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Rooms |
|---|---|
| UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA | COURTROOM 10, 5th Floor. |
| | **Date and Time** |
| Before:    CHIEF JUDGE MARK L. WOLF | APRIL 224, 2009 AT 1:30 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
See attached petition

| | |
|---|---|
| Dennis O'Leary, Deputy Clerk | /s/ Dennis O'Leary |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

AO83 (Rev. 10/03) Summons in a Criminal Case