UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.    CR08-10309

| United States | Michelle Robinson |
|---|---|
| PLAINTIFF | DEFENDANT |
| William Connolly | Mark Smith |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Revocation Hearing |
|---|---|
| 5/1/09 | Court goes over the procedural history of the case with the parties. Court notes that the petition from probation has been amended to seek a modification of the conditions of release and not a revocation. Defense counsel informs the court that the defendant intends to stipulate to the violations. Defendant sworn and court conducts a colloquy with the defendant. Court finds the defendant's admission is knowing and voluntary and accepts the same. Parties recommend that the defendant's home confinement term be converted to a community confinement center for the remainder of the period. Defendant joins in the request but asks that the report date be extended until next Friday so that the defendant can make appropriate arrangements for child care. Defendant addresses the court. Court adopts the parties joint recommendation. Court does not revoke the defendants supervised release, but does modify the home confinement requirement and orders the defendant to serve the remainder of the time of home confinement in a halfway house/community confinement center. The defendant shall report to the halfway house/community confinement center designated by the united states probation department by 12:00 pm on May 8, 2009. Defendant requests that the time in community confinement be reduced from 8/24/2009 to 8/13/2009 for the extra time she spent incarcerated. Court grants the request but only to 8/18/2009. |