```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,    )
                             )
                             )
       v.                    )  Cr. No. 08-10309-MLW
                             )
MICHELLE ROBINSON,           )
       Defendant.            )
                           ORDER

WOLF, D.J.                                          May 1, 2009

     In view of Michelle Robinson's admission at the May 1, 2009 hearing that she violated at least one of the conditions of her Supervised Release, for the reasons described in court, it is hereby ORDERED that:

     1.  The condition requiring that Robinson spend the first six months of her Supervised Release in home confinement on electronic monitoring is MODIFIED to require instead that she report to the Community Confinement Center ("CCC") designated by Probation by 12:00 noon on May 8, 2009, comply fully with the requirements of the CCC, and reside there until August 18, 2009.

     2.  The other conditions of Robinson's Supervised Release imposed at her sentencing remain in effect.  Any violation of those conditions may result in the revocation of her Supervised Release and in her imprisonment.

                                               /s/ MARK L. WOLF
                                            UNITED STATES DISTRICT JUDGE