Prob 12A                                    - 2 -                              **Report on Offender**
                                                                                **Under Supervision**

U.S. Probation Office Action:
In response to the issues discussed above, the Probation Office held an Administrative Hearing on July 7, 2009. Ms. Robinson denied using marijuana since moving in to the McGrath House on May 8, 2009. The Probation Office administered an observed urine analysis on July 7, 2009, which tested negative via laboratory analysis. The Probation Office reminded Ms. Robinson of her conditions prohibiting drug use, as well as the possible ramification of drug use.

During the Administrative Hearing, Ms. Robinson admitted to being out-of-place on July 3, 2009. She explained that, while on delivery for work, she ran into some of her family members. She advises that she stopped to speak with her family, and that she recognizes that the expectation was for her to return directly to work. Ms. Robinson was reminded that she was required to abide by the rules of the McGrath House.

At the Administrative Hearing, Ms. Robinson advised that she was aware of the special condition prohibiting her from obtaining a line of credit without prior approval from the Probation Office, and of the Probation Office's position regarding her applying for a school loan. Nevertheless, she felt that going to school was an important step for her, so she enrolled in beauty school. She indicates that she has obtained a grant to pay for part of her tuition, and that she believes that her lawyer was going to file a motion with the Court seeking permission for her to obtain a school loan to pay the balance of her tuition. A review of the docket reveals that no such motion has been filed as of this date.

The Probation Office has followed-up with McGrath House staff on multiple occasions. Despite these incidents, McGrath House staff advises that it has no plans to terminate Ms. Robinson's residency. McGrath House staff also advises that, since the Administrative Hearing, Ms. Robinson has been compliant with McGrath House's expectations.

The Probation Office defers to the Court for further direction.


Reviewed/Approved by:                              Respectfully submitted,

 /s/ Joseph LaFratta                       By      /s/ Brett L. Wingard
Joseph LaFratta                                    Brett L. Wingard
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: July 17, 2009

[ ]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other


                                                   _____
                                                   Signature of Judicial Officer


                                                   _____
                                                   Date