Prob12A
(7/93)

# United States District Court
### for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Michelle Robinson                         **Case Number:** 08-CR-10309

**Name of Sentencing Judicial Officer:** The Honorable Mark L. Wolf, Chief U.S. District Judge

**Date of Original Sentence:** February 20, 2009

**Original Offense:** Wire Fraud, in violation of 18 U.S.C. § 1343

**Original Sentence:** Time Served (195 days), followed by 36 months' supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** February 25, 2009

---

## NON-COMPLIANCE SUMMARY

**Violation Number**          **Nature of Noncompliance**

I          Violation of Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

As previously reported to the Court, Ms. Robinson tested positive for, and subsequently admitted to use of, marijuana on May 8, 2009 and October 16, 2009. Ms. Robinson also tested positive for marijuana on June 17, 2009, although that positive result was deemed to have been residual from her May 2009 drug use. The Court previously reviewed these incidents and took no formal action.

On March 9, 2010, Ms. Robinson admitted to her probation officer that she had smoked marijuana again, with her most recent drug use having occurred on March 4, 2010. This admission represents her third incident of drug use since her May 1, 2009 Revocation Hearing.

U.S. Probation Office Action:

The Probation Office engaged Ms. Robinson in a discussion about her drug use and the factors which contributed to her decision to smoke marijuana. Ms. Robinson identified stress as the primary trigger for her drug use. U.S. Probation in the Northern District of Georgia recently denied Ms. Robinson's request to relocate to that District, and she identified that incident as the main source of stress which led her to smoke marijuana. In response, the Probation Office referred Ms. Robinson to weekly group substance abuse counseling. Ms. Robinson has also begun participating in a weekly women's support group, and the Probation Office encouraged Ms. Robinson to continue to utilize that resource. The Probation Office has also begun to develop a plan with Ms. Robinson to re-submit the relocation request to the Northern District of Georgia, provided that Ms. Robinson complies with her treatment, restitution, and other supervision expectations.

Prob 12A                                    - 2 -                          **Report on Offender**
                                                                         **Under Supervision**


The Probation Office is not advocating for any formal judicial action at this time.  Ms. Robinson is aware that a fourth positive drug test would mandate a Revocation Hearing.  The Probation Office will notify the Court if Ms. Robinson displays any further non-compliance.


Reviewed/Approved by:                                    Respectfully submitted,


 /s/ Joseph LaFratta                         By      /s/ Brett L. Wingard
Joseph LaFratta                                      Brett L. Wingard
Supervising U.S. Probation Officer                   U.S. Probation Officer
                                                     Date: March 29, 2010

---

[X]    Approved
[  ]    Submit a Request for Modifying the Conditions or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other

                                        /s/ Mark L. Wolf

                                        Signature of Judicial Officer
                                         4/7/2010


                                        Date