UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO.  1:08-CR-10309-001-MLW |
| | ) | |
| MICHELLE ROBINSON | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned

matter, Michelle Robinson, by payment in full.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
BBO# 628907
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
Chris.Donato@usdoj.gov

DATE: July 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, this document was filed through the ECF system
and sent to Michelle Robinson located in Alpharetta, GA, and sent electronically to any
registered participants and/or a paper copy was sent by mail to those indicated as non-registered
participants.

/s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney